# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CRIMINAL ACTION NO. 5:18-CR-00047-KDB-DCK

| | | |
|---|---|---|
| UNITED STATES GOVERNMENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| QUENTIN LEE CURRUTH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion to Suppress Fruits of Unlawful Search [Dkt. 13] ("Motion"); Plaintiff's Response In Opposition to Defendant's Motion to Suppress [Dkt. 18] ("Response"); and the Memorandum and Recommendation of the United States Magistrate Judge [Dkt. 22] ("M&R"), recommending that the Court deny Defendant's Motion. Defendant did not file any objections to the M&R.

After an independent review of the M&R and a de novo review of the record, the Court concludes that the recommendation to deny the Motion is correct and in accordance with law. For the reasons stated in the M&R as well as Plaintiff's Response, the findings and conclusions of the Magistrate Judge are **ADOPTED** and Defendant's Motion to Suppress Fruits of Unlawful Search is **DENIED.**

**SO ORDERED.**

Signed: June 20, 2019

Kenneth D. Bell
United States District Judge